IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DARREN KILLINGBECK,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 3:17-cv-01454-MO<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $15,169.30 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428),[1] PO Box 14490, Portland, OR 97293. The attorney fee of $2,323.86 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 2d day of June, 2021.

Judge Michael W. Mosman
United States District Judge

---

[1] Formerly known as Schneider Kerr & Robichaux.